

*Process Loans, Not Paperwork*™

www.mers-servicerid.org

**1 record matched your search:**

MIN: 1000137-0006920755-1    Note Date: 07/29/2003          MIN Status: Active

Servicer: <u>Wells Fargo Home Mortgage a Division of Wells Fargo</u>      Phone: (651) 605-3711
<u>Bank NA</u>

          Minneapolis, MN

Investor:  Fannie Mae                              Phone: (202) 752-7000
           Washington, DC

<u>Return to Search</u>

**For more information about MERS please go to** <u>www.mersinc.org</u>

Copyright© 2006 by MERSCORP, Inc.



EXHIBIT

B