LAW OFFICES

## *Friedman & MacFadyen, P.A.*

| | | |
|---|---|---|
| MARK H. FRIEDMAN* | TOTMAN BUILDING—SUITE 400 | **JOHNIE MUNCY |
| KENNETH J. MACFADYEN | 210 EAST REDWOOD STREET | **KELLY GRING |
| MICHAEL T. CANTRELL* | BALTIMORE, MARYLAND 21202-3309 | **ANDREW RICH |
| JAMES J. LOFTUS* | (410) 585-1763  •  FAX (410) 727-1759 | **BRAXTON WILLIAMS |
| KATHRYN D. CLAYPOOLE | | **AARON JORDAN |
| MIRIAM S. FUCHS | VIRGINIA OFFICE | **GEOFFREY O'BRIEN |
| DIANA THEOLOGOU | 1601 ROLLING HILLS DRIVE | **ANNE GRUMBINE |
| JEFFREY HUSTON | SURRY BUILDING, SUITE 125 | **RYAN QUINN |
| MINDA THORWARD | RICHMOND, VIRGINIA 23229 | **ADMITTED TO PRACTICE IN VA |
| DANIEL MENCHEL* | (804) 288-0088  •  FAX (804) 288-0052 | |
| *ADMITTED TO PRACTICE IN MD & D.C. | | |

PLEASE REPLY TO BALTIMORE _____
PLEASE REPLY TO VIRGINIA _____

**July 28, 2010**

PLEASE REPLY
TO VIRGINIA

Ms. Michele L. MoBeth
1321 Creamer Road
Norfolk, VA 23503

Re:   1321 Creamer Road
      Our File No.: 225815
      **THIS IS A COMMUNICATION FROM A DEBT COLLECTOR**
      **THIS FIRM IS A DEBT COLLECTOR.**

Dear Ms. MoBeth:

On July 29, 2003 you borrowed money and executed a Mortgage/Deed of Trust and Note secured by the above referenced property. Since that time your loan has been transferred to EverHome Mortgage Company the current noteholder and/or servicer. The loan has been referred to this office for legal action based upon a default under the terms of your Mortgage/Deed of Trust and Note. This office has been retained to institute foreclosure proceedings under the loan agreement.

Pursuant to the Fair Debt Collection Practices Act, we are providing the following information: As of the date of this letter the total indebtness due from the date of default is $158,561.98 pursuant to the terms of Mortgage/Deed of Trust and Note. On the following page we have provided you with a breakdown of that amount. If within thirty (30) days from receipt of this letter you fail to dispute all or part of the debt, the debt will be assumed as valid. If you notify this office in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and a copy of such verification will be mailed to you. Upon your written request within the thirty (30) day period, this office will provide the name and address of the original noteholder, if different from the current noteholder.

If you have been discharged in a Chapter 7 proceeding, EverHome Mortgage Company will not pursue you personally for any deficiency which may arise from this foreclosure. Rather, EverHome Mortgage Company intends to proceed against the property to foreclose your Deed of Trust/Mortgage.

We have calculated a statement of your debt below, as of the date of this letter. Please understand, the figures shown below will continue to change as this foreclosure progresses, and may have already changed by the time you receive this notice. To obtain the most current figures, it will be necessary for you to contact this office.



EXHIBIT
D

PLEASE REPLY
TO VIRGINIA

Page Two
Ms. Michele L. McBeth

Total indebtedness of $158,561.98 as of the date of this letter:

| | | |
|---|---|---|
| Principal Balance | : | $152,091.23 |
| Interest Accrued | : | $4,452.34 |
| 03/01/2010 - 07/28/2010 | | |
| Accrued Late charges | : | $309.98 |
| 03/01/2010 - 07/28/2010 | | |
| Escrow/Impound | : | $897.43 |
| Legal Fee | : | $600.00 |
| Foreclosure Expenses (To Date) | : | $150.00 |
| Total Fees | : | $61.00 |
| Total Due | | $158,561.98 |

Per diem:   $25.00         Monthly Late Charge:      $50.36

Should you wish to reinstate or payoff your loan, or obtain a current statement of your debt for any reason, please contact our foreclosure department at the above telephone number between the hours of 9:00 a.m. and 5:00 p.m. and ask for Miriam

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.
Johnie R. Muncy

JRM:llm
FIRST CLASS MAIL