| | LAW OFFICES | |
|---|---|---|
| **DC OFFICE**<br>5301 Wisconsin Ave. N.W.<br>Suite - 750<br>Washington, DC 20015<br>Phone: (410) 885 1763<br>FAX: (410) 727 1769 | **Friedman & MacFadyen, P.A.**<br>TOTMAN BUILDING – SUITE 400<br>210 EAST REDWOOD STREET<br>BALTIMORE, MARYLAND 21202-3398<br>Phone: (410) 885-1763<br>FAX: (410) 727-1769 | **VIRGINIA OFFICE**<br>1601 Rolling Hills Drive<br>Surry Building, Suite 125<br>Richmond, VA 23229<br>Phone: (804) 288 0088<br>FAX: (804) 288 0052 |

PLEASE REPLY
TO VIRGINIA

July 28, 2010

Ms. Michele L. McBeth
1321 Creamer Road
Norfolk, VA 23503

Re: EverHome Mortgage Company
    v. Michele L. McBeth
    Property Address: 1321 Creamer Road
    File No.: 225815
    Loan No.: 9000076303

### IMPORTANT NOTICE REGARDING ALTERNATIVE TO FORECLOSURE

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS FIRM IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL COMMUNICATION OBTAINED WILL BE USED FOR THAT PURPOSE, THOUGH IT IS NOT AN ATTEMPT TO COLLECT MONEY FROM ANYONE WHOSE DEBT HAS BEEN DISCHARGED PURSUANT TO (OR WHO IS UNDER THE PROTECTION OF) THE BANKRUPTCY LAWS OF THE UNITED STATES; IN SUCH INSTANCES, IT IS INTENDED ONLY FOR INFORMATIONAL PURPOSES.

Dear Borrower(s):

We are writing you to let you know that you may be eligible for a Repayment Plan that could be used to avoid a foreclosure sale and possibly bring your mortgage loan current as well.

You may have had an unexpected expense or a circumstance beyond your control that forces you to miss mortgage payments. If this is the case we would like to discuss your situation with you and determine if you are eligible for a Repayment Plan.

If you would like to discuss the above-mentioned alternative, please call Friedman & MacFadyen, P.A., at (804)288-0088. In addition, please fill out the attached Financial Statement and return same to this office as soon as possible.



EXHIBIT F

5

The foreclosure action will continue until Friedman & MacFadyen can determine if you are eligible for a Repayment Plan and an agreement has been signed and implemented. Your decision to respond to this letter does not in any way affect your legal rights with respect to acceleration of the loan or the foreclosure process, which may have already commenced. Responding to this letter is not a valid reply to foreclosure documentation (such as a Notice of Default) and does not, in and of itself, affect the progress of the foreclosure. Responding to this letter will not affect your right to dispute the validity of the amount of mortgage debt.

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.
Johnie R. Muncy

JRM:llm
Enclosure



**BORROWER'S FINANCIAL STATEMENT**

| | Servicer Loan Number | |
|---|---|---|
| Property Address | | |
| Is your home listed for sale?  Yes  No   Agent's Name: | Agent's Phone Number: | |
| Borrower Name | Social Security Number | |
| Mailing Address (#, Street, Apt) | | |
| Mailing Address (City, State, Zip) | | |
| Total number of persons living at this address: | Number of dependents at this address: | |
| Home Phone: | Work Phone: | |
| Co-Borrower Name | Social Security Number | |
| Mailing Address (#, Street, Apt) | | |
| Mailing Address (City, State, Zip) | | |
| Total number of persons living at this address: | Number of dependents at this address: | |
| Home Phone: | Work Phone: | |
| Have you contacted credit counseling services? Yes  No | Number of cars you own? | |
| Monthly Income (Wages): $               / mo. Additional income (not wages): $               /mo.* Source: | | |
| *Notice: Alimony, child support or separate maintenance income need not be revealed if the Borrower or Co-Borrower does not choose to have it considered for approval of | | |

| Asset Type | Estimated Value | Liability Type | Payment/Month | Balance Due |
|---|---|---|---|---|
| Home | | Alimony/Child Support | | |
| Other Real Estate | | Dependent Care | | |
| Checking Accounts | | Rent | | |
| Savings/Money Market | | Other Mortgage(s) | | |
| IRA/Keogh Accounts | | Personal Loan(s) | | |
| 401 K/ESOP Accounts | | Medical Expenses | | |
| Stocks, Bonds, CD's | | HOA Fees/Dues | | |
| Other Investments | | Other | | |
| Reason for delinquency: | | | | |

I (we) agree that the financial information provided is an accurate statement of my (our) financial status. I (we) understand and acknowledge that any action taken by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on the financial information provided. My (Our) signature(s) below grants the holder of my (our) mortgage the authority to confirm the information I (we) have disclosed in this financial statement, to verify that it is accurate by ordering a credit report, and to contact my real estate agent and/or credit counseling service representative (if applicable).

Submitted this               day of

By: _____          Date: _____
   Signature of Borrower

By: _____          Date: _____
   Signature of Co-Borrower

Before mailing, make sure you have signed and dated the form and attached a copy of your most recent paystub.
If you are self-employed, attached a copy of your most recent Federal Tax returns.

Fannie Mae Form 1020
Jul-06

Call

# 1-888-995-HOPE

for free personalized guidance from housing counseling agencies certified by the U.S. Department of Housing and Urban Development. The Homeowner's HOPE™ Hotline - open 24/7 - is operated by the Homeownership Preservation Foundation, a nonprofit member of the HOPE NOW Alliance of mortgage industry members and HUD-certified counseling agencies. Or visit

# www.hopenow.com

For free information on the President's plan to help homeowners, visit

# www.makinghomeaffordable.gov



***HOPENOW
Support & Guidance for Homeowners



MAKING HOME AFFORDABLE.gov