```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683013683
Cashier ID: lbreeden
Transaction Date: 07/26/2011
Payer Name: CONSUMER LITIGATION ASSOCIAT
ES
------------------------------------
CIVIL FILING FEE
 For: CONSUMER LITIGATION ASSOCIATES
 Amount:      $350.00
------------------------------------
CHECK
 Check/Money Order Num: 6873
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

#3:11-CV-479
```