AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Michele McBeth | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Civil Action No. 3:11cv479 |
| Friedman & MacFadyen, P.C. and Johnie R. Muncy | ) ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Friedman & MacFadyen, P.C.
Serve: Samuel J. Kaufman
Registered Agent
Owens & Owens PLC
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leonard A. Bennett, Esq., Robin A. Abbott, Esq.,
Gary L. Abbott, Esq, Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

CLERK OF COURT

Date: JUL 26 2011

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Michele McBeth )<br>_Plaintiff_ )<br>v. )<br>Friedman & MacFadyen, P.C. and )<br>Johnie R. Muncy )<br>_Defendant_ ) | Civil Action No. 3:11cv479 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Johnie R. Muncy
Friedman & MacFadyen, P.C.
1601 Rolling Hills Drive
Surry Building, Suite 125
Richmond, VA 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Esq., Robin A. Abbott, Esq.,
Gary L. Abbott, Esq, Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
_CLERK OF COURT_

Date: JUL 26 2011

FILE COPY

_Signature of Clerk or Deputy Clerk_