# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**MICHELE MCBETH,**

      **Plaintiff,**

**v.**                                  Civil Action No. 3:11cv479-JRS

**FRIEDMAN & MACFADYEN, P.C., et al.,**

      **Defendants.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Dale W. Pittman as counsel for Plaintiff Michele McBeth in the above-referenced matter. Mr. Pittman is admitted to practice before this Court.

                                                Respectfully submitted,
                                                Michele McBeth
                                                By Counsel

  /s/_____
Dale W. Pittman, VSB #15673
Attorney for Michele McBeth
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com