AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

OCT ## 2011

| | |
|---|---|
| Michele McBeth | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Friedman & MacFadyen, P.C. and Johnie R. Muncy | ) |
| _Defendant_ | ) |

Civil Action No. 3:11cv479

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Johnie R. Muncy
Friedman & MacFadyen, P.C.
1601 Rolling Hills Drive
Surry Building, Suite 125
Richmond, VA 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leonard A. Bennett, Esq., Robin A. Abbott, Esq.,
Gary L. Abbott, Esq, Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

_CLERK OF COURT_

Date: JUL 26 2011

_Signature of Clerk or Deputy Clerk_

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

in the:

SERVICE OTHER THAN BY VIRGINIA SHERIFF

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

295797 - 2

MICHELE MCBETH

In re / v.

FRIEDMAN & MACFADYEN, P.C., ET AL

}
}
}
}
}
}
}

**CASE NO:**

## 3:11CV479

JOHNIE R MUNCY

FRIEDMAN & MACFADYEN, P.C.

1601 ROLLING HILLS DR SURRY BLDG STE 125, RICHMOND, VA 23229

is the name and address of the person upon whom service of the following is to be made.

Document(s)
Served:

SUMMONS IN A CIVIL ACTION

COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:       **9/26/2011**    @    **10:30 AM**

METHOD OF SERVICE:

*PERSONAL SERVICE*

Dated: 9/27/2011          Signature

Name: TOM HOLLOWAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

TOM HOLLOWAY

who is personally known to me.

Date: 9/27/2011

My commission expire  8/31/2012

Signature of Notary Public:        MICHAEL L. MCWHORTER, REG #23762

> MICHAEL L. MCWHORTER, REG #23762
> Notary Public
> Commonwealth of Virginia
> My Commission Expires:  8/31/2012

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

295797 - 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

| | | |
|---|---|---|
| Michele McBeth | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:11cv479 |
| Friedman & MacFadyen, P.C. and | ) | |
| Johnie R. Muncy | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Friedman & MacFadyen, P.C.
Serve: Samuel J. Kaufman
Registered Agent
Owens & Owens PLC
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Esq., Robin A. Abbott, Esq.,
Gary L. Abbott, Esq, Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

*CLERK OF COURT*

Date:  JUL 26 2011                    _____
                                       *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

295797 - 1

MICHELE MCBETH

In re / v.

FRIEDMAN & MACFADYEN, P.C., ET AL

)
)
)
)
)
)

CASE NO:

# 3:11CV479

## SAMUEL J KAUFMAN, REG AGENT

### FRIEDMAN & MACFADYEN, P.C., OWENS & OWENS, PLC

#### 15521 MIDLOTHIAN TNPKE STE 300, MIDLOTHIAN, VA 23113

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**    **SUMMONS IN A CIVIL ACTION**
**Served:**    **COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    **9/26/2011**   @   **2:53 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*

**LORI OWEN, ADMIN ASST**

Dated: 9/28/2011     Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 9/28/2011

My commission expire   10/31/2011

Signature of Notary Public:    CRYSTAL M. C. KLEIBER, REG. #329597

---

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

---

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

295797 - 1

SAMUEL J. KAUFMAN

(804) 594-1911
(804) 594-0455    *fax*
(804) 301-7585    *mobile*

SKAUFMAN@OWENOWENS.COM

15521 Midlothian Turnpike
SUITE 300
MIDLOTHIAN, VA 23113

## AUTHORIZATION
## PURSUANT TO CODE OF VIRGINIA, SECTION 13.1-637A or 13.1-766A

Samuel J. Kaufman is registered agent for Freidman & MacFayden PC . Pursuant to Code of Virginia, Section 13.1637A or 13.1-766A, Samuel J. Kaufman, as registered agent, does hereby designate Lori W. Owen as the person in the office of Owen & Owens PLC, the law firm of Samuel J. Kaufman, Esquire, upon whom service of process, notice or demand can be served in lieu of services on Samuel J. Kaufman, as the registered agent.

_____     _____
Date    Samuel J. Kaufman

COMMONWEALTH OF VIRGINA
COUNTY OF CHESTERFIELD, to-wit:

The foregoing instrument was acknowledged before me this 10th day of June, 2010 by Samuel J. Kaufman, Esquire at Owen & Owens PLC.

My Commission Expires: 3|31|2011

_____
Notary Public

295797-1  10/22