AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Michele McBeth | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:11-cv-479 |
| Friedman & MacFadyen, P.C., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Friedman & MacFadyen, P.C. t/a Friedman & MacFadyen, P.A. and Johnie R. Muncy.

Date:   10/14/2011

/s/ Douglas P. Rucker, Jr.
*Attorney's signature*

Douglas P. Rucker, Jr., Esq. (VSB No. 12776)
*Printed name and bar number*

Sands Anderson PC
2300 Bank of America Center
P.O. Box 1998
Richmond, Virginia  23218-1998
*Address*

drucker@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*