AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Michele McBeth | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:11-cv-479 |
| Friedman & MacFadyen, P.C., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Friedman & MacFadyen, P.C. t/a Friedman & MacFadyen, P.A. and Johnie R. Muncy.

Date: 10/14/2011

/s/ Andrew Biondi
*Attorney's signature*

Andrew Biondi, Esq. (VSB No. 48100)
*Printed name and bar number*

Sands Anderson PC
2300 Bank of America Center
P.O. Box 1998
Richmond, Virginia 23218-1998
*Address*

abiondi@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*