UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELE McBETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:11-cv-479 |
| | ) |
| FRIEDMAN & MACFADYEN, P.C., | ) |
| t/a FRIEDMAN & MACFADYEN, P.A., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Friedman & MacFadyen, P.C. t/a Friedman & MacFadyen, P.C. and Johnie R. Muncy
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
 N/A

Or
Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Friedman & MacFadyen, P.C. t/a Friedman & MacFadyen, P.C. and Johnie R. Muncy
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
 Friedman & MacFadyen

Or
Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

DATED:   October 14, 2011

**Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.C. t/a
FRIEDMAN & MACFADYEN, P.A.
JOHNIE R. MUNCY**

**By Counsel**

_____/s/ Cullen D. Seltzer_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

 I hereby certify that on this 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

   Dale W. Pittman, Esq.
   The Law Office of Dale W. Pittman, P.C.
   112-A W. Tabb Street
   Petersburg, Virginia 23803
   Telephone: 804-861-6000
   Facsimile: 804-861-3368
   dale@pittmanlawoffice.com
   *Counsel for Plaintiff*

   Robin Ann Abbott, Esq.
   Consumer Litigation Associates, P.C.
   12515 Warwick Boulevard
   Suite 100
   Newport News, Virginia 23606
   Telephone: 757-930-3660
   Facsimile: 757-930-3662
   rabbottlaw@msn.com
   *Counsel for Plaintiff*

   Gary L. Abbott, Esq.
   Consumer Litigation Associates, P.C.
   12515 Warwick Boulevard
   Suite 100
   Newport News, Virginia 23606
   Telephone: 757-930-3660
   Facsimile: 757-930-3662
   Garyabbott9@msn.com
   *Counsel for Plaintiff*

   Kristi Cahoon Kelly, Esq.
   Surovell Isaacs Peterson & Levy PLC
   4010 University Drive
   Suite 200
   Fairfax, Virginia 22030
   Telephone: 703-277-9774
   Facsimile: 703-591-2149
   kkelly@smillaw.com
   *Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*


          /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*