UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELE McBETH, )
)
          Plaintiff, )
)
v. ) Civil Action No. 3:11-cv-479
)
FRIEDMAN & MACFADYEN, P.C., )
t/a FRIEDMAN & MACFADYEN, P.A., )
et al., )
)
          Defendants. )

## ORDER

For good cause shown and to facilitate a negotiated resolution of this matter, and on joint application of the parties, the Court orders that Defendants' responsive pleadings, pursuant to Fed. R. Civ. Pro. 12(b), be filed no later than November 15, 2011 or twenty-one (21) days after the expiration of any stay entered before November 15, 2011 in the case.

ENTER: 10/17/11.

/s/
James R. Spencer
Chief United States District Judge

WE ASK FOR THIS:

     /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*


SEEN AND AGREED:

     /s/ Leonard A. Bennett
Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

2

Case 3:11-cv-00479-MHL Document 10 Filed 10/17/11 Page 3 of 3 PageID# 72

Robin Ann Abbott, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
rabbottlaw@msn.com
*Counsel for Plaintiff*

Gary L. Abbott, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Garyabbott9@msn.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*

3