## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

> Dale W. Pittman, Esq.
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, Virginia 23803
> Telephone: 804-861-6000
> Facsimile: 804-861-3368
> dale@pittmanlawoffice.com
> *Counsel for Plaintiff*
>
> Robin Ann Abbott, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard
> Suite 100
> Newport News, Virginia 23606
> Telephone: 757-930-3660
> Facsimile: 757-930-3662
> rabbottlaw@msn.com
> *Counsel for Plaintiff*
>
> Gary L. Abbott, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard
> Suite 100
> Newport News, Virginia 23606
> Telephone: 757-930-3660
> Facsimile: 757-930-3662
> Garyabbott9@msn.com
> *Counsel for Plaintiff*
>
> Kristi Cahoon Kelly, Esq.
> Surovell Isaacs Peterson & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-277-9774
> Facsimile: 703-591-2149
> kkelly@smillaw.com
> *Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
Telephone:  757-930-3660
Facsimile:  757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
Telephone:  757-930-3660
Facsimile:  757-930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*

        /s/ Douglas P. Rucker, Jr.
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*