## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>Robin Ann Abbott, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard
>Suite 100
>Newport News, Virginia 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>rabbottlaw@msn.com
>*Counsel for Plaintiff*
>
>Gary L. Abbott, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard
>Suite 100
>Newport News, Virginia 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>Garyabbott9@msn.com
>*Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*

        /s/ Andrew Biondi
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*