## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

      Dale W. Pittman, Esq.
      The Law Office of Dale W. Pittman, P.C.
      112-A W. Tabb Street
      Petersburg, Virginia 23803
      Telephone: 804-861-6000
      Facsimile: 804-861-3368
      dale@pittmanlawoffice.com
      *Counsel for Plaintiff*

      Robin Ann Abbott, Esq.
      Consumer Litigation Associates, P.C.
      12515 Warwick Boulevard
      Suite 100
      Newport News, Virginia 23606
      Telephone: 757-930-3660
      Facsimile: 757-930-3662
      rabbottlaw@msn.com
      *Counsel for Plaintiff*

      Gary L. Abbott, Esq.
      Consumer Litigation Associates, P.C.
      12515 Warwick Boulevard
      Suite 100
      Newport News, Virginia 23606
      Telephone: 757-930-3660
      Facsimile: 757-930-3662
      Garyabbott9@msn.com
      *Counsel for Plaintiff*

      Kristi Cahoon Kelly, Esq.
      Surovell Isaacs Peterson & Levy PLC
      4010 University Drive
      Suite 200
      Fairfax, Virginia 22030
      Telephone: 703-277-9774
      Facsimile: 703-591-2149
      kkelly@smillaw.com
      *Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*

        /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*