## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

**MICHELE MCBETH,**

       **Plaintiff,**

**v.**                                    Civil Action No. **3:11cv479-JRS**

**FRIEDMAN & MACFADYEN, P.C., et al.,**

       **Defendants.**

### PLAINTIFF'S STATEMENT RESPECTING CONSENT

Plaintiff Michele McBeth, by counsel, hereby files her Statement Respecting Consent.

Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff consents to have a United States

Magistrate Judge conduct any and all further proceedings in this matter, including the trial, and

order the entry of a final judgment.

                            Respectfully submitted,
                            Michele McBeth
                            By Counsel

___/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB#37523
Robin A. Abbott
Gary L. Abbott
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
Email: lenbennett@clalegal.com
Email: rabbottlaw@msn.com
Email: garyabbott9@msn.com
Email: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB#72791
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
(703) 277-9774
(703) 591-2149 (Fax)
Email: kkelly@smillaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Douglas P. Rucker, Jr., Esquire
Andrew Biondi, Esquire
Cullen D. Seltzer, Esquire
SANDS ANDERSON PC
P.O. Box 1998
Richmond, VA 23218-1998
Counsel for Defendants

\_\_\_\_/s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Plaintiff
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com