IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| MICHELE MCBETH | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:11cv479 |
| | : | |
| FRIEDMAN & MACFADYEN, P.C., | : | |
| ET ALS. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Matthew J. Erausquin, Esq. of Consumer Litigation Associates, P.C., 1800 Diagonal Road, Suite 600, Alexandria, Virginia 22314 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

**MICHELE MCBETH,**

/s/
Matthew J. Erausquin, Esq.
VSB. #65434
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road
Suite 600
Alexandria, VA  22314
(703) 273-6080 – Telephone
(888) 892-3512 – Facsimile
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Biondi
Sands Anderson PC
1111 E Main Street
Suite 2400
P O Box 1998
Richmond, VA 23219
(804) 648-1636
Email: abiondi@sandsanderson.com

Cullen Dennis Seltzer
Sands Anderson PC
1111 E Main Street
Suite 2400
P O Box 1998
Richmond, VA 23219
804-648-1636
Fax: 804-783-7291
Email: cseltzer@sandsanderson.com

Douglas Pendleton Rucker , Jr.
Sands Anderson PC
1111 E Main St
Suite 2400
PO Box 1998
Richmond, VA 23218-1998
(804) 648-1636
Fax: (804) 783-7291
Email: drucker@sandsanderson.com

*Counsel for Defendants*

                                            /s/
                                  Matthew J. Erausquin V.S.B. #65434
                                  CONSUMER LITIGATION ASSOCIATES, PC
                                  1800 Diagonal Road
                                  Suite 600
                                  Alexandria, VA  22314
                                  (703) 273-6080 – Telephone
                                  (888) 892-3512 – Facsimile
                                  matt@clalegal.com