**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Michelle McBeth, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00479-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Adam Mbundure, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00489-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Albert C. Ceccone, | : | |
| Plantiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00555-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

| | | |
|---|---|---|
| Allen Chatter, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00613-MHL |
| Friedman & MacFadyen, P.A.,<br>F&M Services, L.C. and<br>Johnie R. Muncy, | :<br><br>: | |
| Defendants. | : | |
| Letonya Banks, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00614-MHL |
| Friedman & MacFadyen, P.A.,<br>F&M Services, L.C. and<br>Johnie R. Muncy, | :<br><br>: | |
| Defendants. | : | |
| Ivery Hicks, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-615-MHL |
| Friedman & MacFadyen, P.A.,<br>Miriam S. Fuchs, Jeffrey Huston,<br>James J. Loftus, Kenneth J. MacFadyen,<br>And Daniel Menchel, | :<br><br>:<br><br>: | |
| Defendants. | | |
| Knorly Smith, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00616-MHL |
| Friedman & MacFadyen, P.A.,<br>Miriam S. Fuchs, Jeffrey Huston,<br>James J. Loftus, Kenneth J. MacFadyen,<br>And Daniel Menchel, | :<br><br>:<br><br>: | |
| Defendants. | | |

Peter Crawley,                               :

     Plaintiff,                          :

v.                                           :        Civil Action No: 3:11-cv-00617-MHL

Friedman & MacFadyen, P.A.,                  :
F&M Services, L.C. and
Johnie R. Muncy,                             :

     Defendants.                         :

---

Laurel Buel and
Milton Buel,                                 :

     Plaintiffs,                         :

v.                                           :        Civil Action No: 3:11-cv-00716-MHL

Friedman & MacFadyen, P.A.,                  :
F&M Services, L.C. and
Johnie R. Muncy,                             :

     Defendants.                         :

---

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF CONSENT MOTION TO STAY

Plaintiffs have moved pursuant to Fed. Civ. P. 16(c)(2) that the above-styled cases be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision).

Pursuant to Federal Rules of Civil Procedure 16(c)(2), Plaintiffs in each of the above-styled cases move, with the consent of the Defendants, that the above actions be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision). The Parties have each consented to jurisdiction of this Court. They share

the objective of establishing an efficient and effective process to attempt mediation of these cases. Only two of the matters are currently past their Rule 16(b) scheduling conference.

A district court has the inherent power to manage its own affairs so as to achieve the orderly and expeditious disposition of cases. *Lewis v. Rawson*,    F.3d   , 2009 WL 1119651, *4 (2d Cir. Apr. 28, 2009) (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962)).

Respectfully submitted,

                  /s/
Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

### *CERTIFICATE OF SERVICE*

I certify that on November 10, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Andrew T. Rich, Esquire
FRIEDMAN & MACFADYEN, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, Virginia 23229
trich@fmlaw.com

Andrew Biondi
Sands Anderson, PC
1111 E. Main Street, Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail: abiondi@sandsanderson.com

Douglas Pendleton Rucker, Jr.
Sands Anderson, PC
1111 E. Main Street, Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
E-mail: drucker@sandsanderson.com

Cullen Dennis Selzer
Sands Anderson, PC
1111 E. Main Street, Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
E-mail: cseltzer@sandsanderson.com

Counsel for Defendants

_____/s/_____
Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com