

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JOHN K. GOODROW,

     Plaintiff,

v.                                    Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

     Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Consent Motion to Continue the Pretrial Conference. (Docket No. 46.)  Plaintiffs seek to reschedule the initial pretrial conference originally set for August 29, 2012 at 10 a.m. in Courtroom 5300.  There being no objection, the Court GRANTS Plaintiffs' Consent Motion to Continue the Pretrial Conference.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16(B), a pretrial conference is rescheduled in this consolidated action to 2:00 p.m. on September 4, 2012 in Courtroom 5300.  The August 29, 2012 pretrial conference is stricken from the docket.

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26(A)(1), and to the extent they have not already done so, counsel shall:  (1) confer not later than ten (10) days before the pretrial conference for the purposes required by Rule 26(f); and, (2) report orally at the pretrial conference on the discovery plan required by Rule 26(f).

The Court will set a final pretrial conference date and a trial date.  Unless agreed otherwise by all counsel and approved by the Court before the pretrial conference, counsel who will actually try the case shall attend the pretrial conference.

In any event, counsel attending the pretrial conference shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/

M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 8-28-12

2